# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:04-cr-93-GZS |
| LAWRENCE MAHER, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION TO MODIFY SENTENCE

Before the Court is a pro se motion by Defendant titled: "Motion Requesting to Modify an Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(1)(B) Predicated Upon Another Modifying Statute (28 U.S.C. § 2255)" (Docket # 73).[1]  18 U.S.C. § 3582(c) does allow a court to modify a defendant's sentence in specific enumerated circumstances, including when a motion requests modification pursuant to Federal Rule of Civil Procedure 35 or some other statute that "expressly permit[s]" sentence modification. 18 U.S.C. § 3582(c)(1)(B).  However, nothing in Defendant's pro se Motion or the record before the Court provides a basis for modification of the sentence imposed in this case pursuant to 18 U.S.C. § 3582(c)(1)(B). Therefore, the Court hereby DENIES the Motion (Docket # 73), including the request for an evidentiary hearing.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 27th day of July, 2009.

---

[1] To the extent the Motion could be read as a petition under 28 U.S.C. § 2255, it has been docketed and ruled upon in Maher v. United States of America, Docket No. 2:09-cv-321-GZS.  Thus, the sole purpose of this Order is determining whether Defendant is entitled to relief pursuant to 18 U.S.C. § 3582(c).